MARGARET COSGROVE, as Administratrix, etc., Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

EMMA T. BARRINGER, as Administratrix, etc., Respondent, *v.* THE SAME, Appellant.

(Argued January 21, 1884 ; decided February 5, 1884.)

*Frank Loomis* for appellant.

*Homer A. Nelson* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgments affirmed.

---

JOSEPHINE R. BARON et al., as Executors, etc., Respondents, *v.* GEORGE SPIES et al., Appellants.

(Submitted January 22, 1884; decided February 5, 1884.)

*H. M. Wilbur* for appellants.

*James A. Ward* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.